606 A.2d 1171

COMMONWEALTH of Pennsylvania, Appellee,

v.

Rodney WELLS, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 21, 1992.

Decided May 18, 1992.

Norris Gelman, Philadelphia, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Hugh J. Burns, Jr., Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and CAPPY, JJ.

ORDER

PER CURIAM.

AND NOW, this 18th day of May, 1992, the appeal is dismissed as having been improvidently granted.

PAPADAKOS, J., did not participate in the consideration or decision of this case.